JONQUIL L. URDAZ, ESQ.
Nevada Bar No. 10783
CASEY W. TYLER, ESQ.
Nevada Bar No. 9706
HALL PRANGLE & SCHOONVELD, LLC
777 N. Rainbow Blvd., Ste. 225
Las Vegas, NV 89107
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
jurdaz@hpslaw.com
ctyler@hpslaw.com
*Attorneys for Lincoln General Insurance*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KLC GLOBAL BROKERAGE, INC., an Illinois Corporation, KLC GLOBAL SERVICES, LTD., an Illinois Corporation, MAREK SZAWRACKI, individually, and ZEIDY PONCE-CONEJO, individually.<br><br>Defendants. | CASE NO. 2:11-cv-00656 |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Lincoln General Insurance Company, through its counsel of record, HALL PRANGLE & SCHOONVELD, LLC and RUBERRY, STALMACK & GARVEY, LLC hereby notices the dismissal without prejudice of Case No. 22:11-cv-00656, prior to the opposing party serving either an answer or a motion for summary judgment.

Therefore, pursuant to FRCP 41(a)(1)(A)(i), Case No. 2:11-cv-00656 is DISMISSED WITHOUT PREJUDICE.

DATED this 16th day of April, 2012.

HALL PRANGLE & SCHOONVELD, LLC

By: _____
JONQUIL L. URDAZ, ESQ.
Nevada Bar No.: 10783
CASEY W. TYLER, ESQ.
Nevada Bar No. 9706
HALL PRANGLE & SCHOONVELD, LLC
777 North Rainbow Blvd., Ste. 225
Las Vegas, NV  89107
-and-
*Of Counsel*
Michael Barrett
RUBERRY, STALMACK & GARVEY, LLC
500 West Madison Street, Suite 2300
Chicago, Illinois, 60661-2511
(312) 466-8000
(312) 466-8001 (fax)

*Attorneys for Plaintiff Lincoln General Insurance Company*

### ORDER

**IT IS SO ORDERED** this 17th day of April, 2012.

_____
Gloria M. Navarro
United States District Judge